# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| JANE DOE, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No. 1:23-cv-297 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| ERLANGER HEALTH d/b/a | ) | Magistrate Judge Lee |
| ERLANGER HEALTH SYSTEM, | ) | |
| | ) | |
| *Defendant*. | ) | |

## REMAND ORDER

The Honorable Charles E. Atchley, Jr., United States District Judge, having remanded this action for improper removal under 28 U.S.C. § 1442(a),

The Court **DIRECTS** the Clerk to mail a certified copy of the Memorandum Opinion and Order [Doc. 54] to the clerk of the Chancery Court for Hamilton County, Tennessee and close this case.

**SO ORDERED.**

/s/*Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**